Criminal Case No. 06-cr-00270-REB-01
Civil Action No. 10-cv-02947-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TIMOTHY G. CASSIUS,
    a/k/a "Cash,"
    a/k/a "Almighty Dollar,"
    a/k/a "AD,"

    Defendant.

## MINUTE ORDER[1]

On **January 3, 2012**, commencing at 10:30 a.m., the court shall conduct a telephonic setting conference to set a hearing on the issue of defendant's classification as a "career offender" under USSG § 4B1.1(a). Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: December 20, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.