IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 06-cr-00270-REB-01
Civil Action No. 10-cv-02947-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TIMOTHY G. CASSIUS,
    a/k/a "Cash,"
    a/k/a "Almighty Dollar,"
    a/k/a "AD,"

    Defendant.

## MINUTE ORDER[1]

    On **April 13, 2012**, commencing at 9:00 a.m., the court shall conduct a hearing on the issue of "career offender" under USSG § 4B1.1(a). The court has reserved the remainder of the morning for this hearing.

    **IT IS FURTHER ORDERED** that, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: January 3, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.