IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00270-REB-01
Civil Action No. 10-cv-02947-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TIMOTHY G. CASSIUS,
    a/k/a "Cash,"
    a/k/a "Almighty Dollar,"
    a/k/a "AD,"

    Defendant.

## MINUTE ORDER[1]

On August 30, 2012, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **January 25, 2013**, commencing at 9:00 a.m., the court shall conduct the sentencing hearing in this matter. The court reserving the morning for this hearing; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: August 30, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.