# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 06-cr-00270-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    TIMOTHY GORDON CASSIUS,

    Defendant.

## ORDER FOR A PROTECTIVE ORDER FOR DISCOVERY

**Blackburn, J.**

The matter is before the court on the **United States's** [*sic*] **Motion For Protective Order For Discovery** [#497][1] filed September 25, 2012. The motion is granted.

WHEREAS, the parties stipulate that they have a compelling interest in preventing certain sensitive but unclassified discovery materials from being disclosed to anyone not a party to the court proceedings in this matter; such material may include materials implicating the privacy interests and safety of the defendant and third parties;

AND WHEREAS, the parties further stipulate that Court has the power under Fed. R. Crim. P. 16(d)(1) and 26.2 to grant appropriate relief to the parties where required in the interests of justice.

**THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#497]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

1.  That the **United States's** [*sic*] **Motion For Protective Order For Discovery** [#497] filed September 25, 2012, is **GRANTED**;

2.  That "discovery materials" shall not be further disseminated[2] by the defendant or his counsel of record to any individuals, organizations or other entities, other than: (i) members of the defense team (co-counsel, paralegals, investigators, translators, litigation support personnel, the defendant, and secretarial staff) and (ii) experts retained to assist in the preparation of sentencing;

3.  That any discs containing the information not be copied onto other storage media; that the defendant is prevented from printing from those discs; that review by the defendant of the contents of the discs be accomplished in the presence of his counsel, whenever practicable, and in any event, not shown to any individidual other than this lawyer and employees of his lawyer; and that if the defense counsel prints and reviews hard copies of the reports with his client, that those copies not be left with the defendant after counsel has concluded his visit with his client; and

4.  That nothing in this Order shall preclude the government or the defendant from seeking a further protective order pursuant to Rule 16(d) as to particular items of discovery material.

Dated September 25, 2012, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[2] "Disseminated" means to provide, show or describe to another either a particular piece of discovery or quotations, excerpts, or summaries derived therefrom.