IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00270-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TIMOTHY G. CASSIUS,
    a/k/a Cash,
    a/k/a Almighty Dollar,
    a/k/a A.D.,

    Defendant.

---

## MINUTE ORDER[1]

---

On January 28, 2013, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **May 3, 2013**, commencing at 9:00 a.m., the court shall conduct a sentencing hearing in this matter. The court reserving the remainder of the morning for this hearing; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: January 28, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.