IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00270-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. LATISHA THOMAS,

    Defendant.

---

**MINUTE ORDER**[1]

---

    Due to a conflict arising on the court's calendar, the hearing regarding Violations of Supervised Release set for March 29, 2013, at 1:30 p.m., is **VACATED** at 1:30 p.m., and is **CONTINUED** to **2:30 p.m.**, on this day. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: February 14, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.