IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 06-cr-00270-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TIMOTHY G. CASSIUS,
    a/k/a Cash,
    a/k/a Almighty Dollar,
    a/k/a A.D.

    Defendant.

## MINUTE ORDER[1]

    On **March 26, 2013**, commencing at 10:30 a.m., the court shall conduct a telephonic setting conference to set an evidentiary hearing and oral argument concerning the quantity of controlled substance that must or maybe considered by the court for the purposes of sentencing. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: March 21, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.