IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 06-cr-00270-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TIMOTHY G. CASSIUS,
      a/k/a Cash,
      a/k/a Almighty Dollar,
      a/k/a A.D.

    Defendant.

## MINUTE ORDER[1]

    Because of the fiscal impact of the Order of Sequestration, which affects funding and staffing for the office of the United States Attorney Office, the office of the Federal Public Defender, and the U.S. Marshal Service for the District of Colorado, no criminal matters will be conducted on Fridays from April 22, 2013, until the end of the fiscal year, September 2013.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the sentencing hearing set for May 3, 2013, is **VACATED** and is **CONTINUED** pending further order of court;

    2. That on **April 2, 2013**, commencing at 10:00 a.m. (MDT), the court shall conduct a telephonic setting conference to reset the sentencing hearing; and

    3. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: March 25, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.