IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Crim. Case No. 06-cr-00270-REB
Civil Case No. 10-cv-02947-REB

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

1. TIMOTHY G. CASSIUS,

    Defendant/Movant.

_____

## **AMENDED** JUDGMENT
_____

Pursuant to and in accordance with the Order entered and pronounced in open court by the Honorable Robert E. Blackburn at the August 16, 2013 sentencing hearing of the defendant [#568], the following Judgment is hereby entered:

    1.    The Motion To Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [#443] filed pro se by the defendant on December 6, 2010, is GRANTED on his claim that he is not a career offender as defined by USSG §4B1.1(a); and the Order Denying in Part Defendant's Motion under 28 U.S.C. § 2255, Deferring Ruling in Part, and Setting Scheduling Hearing [#453] entered November 22, 2011, is July 31, 2013, is MODIFIED to the limited extent necessary to facilitate and implement this additional order, but is otherwise ratified and reaffirmed.

    2.    The corresponding civil action is hereby CLOSED.

Dated at Denver, Colorado this   27th   day of August, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
       Edward P. Butler, Deputy Clerk